| | |
|---|---|
| John Du Wors, State Bar No. 233913<br>john@newmanlaw.com<br>NEWMAN DU WORS LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>Telephone: (206) 274-2800<br>Facsimile: (206) 274-2801<br><br>Attorneys for Plaintiffs and Counter-defendants | Cyrus S. Naim, State Bar. No. 240119<br>cnaim@naimlegal.com<br>LAW OFFICES OF CYRUS S. NAIM<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone: (310) 773-5490<br><br>Attorney for Defendants and Counter-claimants |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW SHOW STUDIOS, LLC, et al.,<br><br>  Plaintiffs and Counter-defendants,<br><br>  v.<br><br>JAMES NEEDLE, et al.,<br><br>  Defendants and Counter-claimants. | No. 14-cv-01250-CAS (MRWx)<br><br>~~PROPOSED~~ **ORDER GRANTING *REVISED* STIPULATION TO WITHDRAW DEFENDANTS' BRIEFING AND SUPPORTING DECLARATIONS (DKT. 69, 69-1, 73, 73-1)** |

1  THIS MATTER comes before the Court on the Parties' *Revised* Stipulation To Withdraw Defendants' Briefing And Supporting Declarations (Dkt. 69, 69-1, 73, 73-1) (the "Stipulation"). Having reviewed the Stipulation, the Court HEREBY ORDERS:

1. Defendants' Motion for Partial Final Judgment as to Claim Nos. 1, 4-6, & 8-10 of Plaintiffs' Second Amended Complaint, and Award of Attorney's Fees, and all supporting declarations (Dkt. 69 and 69-1) are withdrawn without prejudice, and shall be removed from the Docket;

2. Defendants' Opposition to Plaintiffs' Motion to Clarify the Order Awarding Defendants' Fees and Costs, and all supporting declarations (Dkt. 73 and 73-1) are withdrawn without prejudice, and shall be removed from the Docket.

DATED THIS 17th day of July, 2015.

*/s/ Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge