John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiffs and Counter-defendants

Cyrus S. Naim, State Bar. No. 240119
cnaim@naimlegal.com
LAW OFFICES OF CYRUS S. NAIM
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: (310) 773-5490

Attorney for Defendants and Counter-claimants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SHOW STUDIOS, LLC, et al.,<br><br>    Plaintiffs and Counter-defendants,<br><br>    v.<br><br>JAMES NEEDLE, et al.,<br><br>    Defendants and Counter-claimants. | No. 14-cv-01250-CAS (MRWx)<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE ORDER |

1   THIS MATTER comes before the Court on the Parties' Stipulated Protective
2   Order. Having reviewed it, the Court HEREBY ENTERS the Stipulated Protective
3   Order.
4
5   DATED THIS ___14th___ day of __September__ 2015.
6
7
8   _____
    Honorable Michael R. Wilner
9   United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28