| | |
|---|---|
| John Du Wors, State Bar No. 233913<br>john@newmanlaw.com<br>NEWMAN DU WORS LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>Telephone: (206) 274-2800<br>Facsimile: (206) 274-2801<br><br>Attorneys for Plaintiffs and Counter-defendants | Cyrus S. Naim, State Bar. No. 240119<br>cnaim@naimlegal.com<br>LAW OFFICES OF CYRUS S. NAIM<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone: (310) 773-5490<br><br>Attorney for Defendants and Counter-claimants |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SHOW STUDIOS, LLC, et al.,<br><br>    Plaintiffs and<br>    Counter-defendants,<br><br>    v.<br><br>JAMES NEEDLE, et al.,<br><br>    Defendants and<br>    Counter-claimants. | No. 14-cv-01250-CAS (MRWx)<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATION AWARDING ATTORNEY'S FEES PURSUANT TO COURT'S ORDER DATED SEPTEMBER 21, 2015 (DKT. NO. 101)** |

1     THIS MATTER comes before the Court on the Parties'
2 Stipulation Awarding Attorney's Fees Pursuant To
3 Court's Order Dated September 21, 2015 (Dkt. No. 101)
4 (the "Stipulation"). Having reviewed the Stipulation,
5 the Court HEREBY ORDERS:
6     Defendants shall be awarded fees for 9.3 hours of
7 work at $300 per hour, for a total of $2,790.

9     DATED THIS 2ND day of October, 2015.

*Christina A. Snyder*

    Honorable Christina A. Snyder
    United States District Judge

1
**ORDER GRANTING STIPULATION AWARDING FEES 14-CV-01250-CAS (MRWX)**