1  John Du Wors, State Bar No. 233913
   *john@newmanlaw.com*
2  Samantha Everett, State Bar No. 234402
   *samantha@newmanlaw.com*
3  Nathaniel E. Durrance, State Bar No. 229210
   *nate@newmanlaw.com*
4  NEWMAN DU WORS LLP
5  2101 Fourth Avenue, Suite 1500
   Seattle, WA 98121
6  Telephone: (206) 274-2800

7  Attorneys for Plaintiff
8  Davison Design & Development, Inc.
   and Anthony Valkanas

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., et al, <br><br> Plaintiffs and Counter-defendants, <br><br> v. <br><br> JAMES NEEDLE, et al, <br><br> Defendants and Counter-claimants. | Case No. CV14-01250-CAS (MRWx) <br> Assigned to Hon. Christina A. Snyder <br><br> [~~PROPOSED~~] FINAL JUDGMENT |

Pursuant to and for the reasons stated in this Court's Order dated December 1, 2016, in which the Court granted Plaintiffs' Request for Entry of Default Judgment, and Plaintiffs' Application for Sanctions and Damages. The Court hereby enters final judgment in the matter as follows:

Defendant Greg Howe is ordered to pay to Plaintiffs the following:

$1 in damages resulting from defamation;

$7,557.32 in costs; and

$76,284 in attorneys' fees.

Dated: January 10, 2017

*Christina A. Snyder*

Hon. Christina A. Snyder
District Court Judge